UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 5:09CR15 |
| v. | ) **ORDER TO** |
| [1] ALBERTO E. VILLARREAL-MEZA | ) **DISMISS THE INDICTMENT** |
| [6] JORGE ALFREDO DIAZ-GONZALEZ | ) |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to [1] ALBERTO E. VILLARREAL-MEZA and [6] JORGE ALFREDO DIAZ-GONZALEZ only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

Signed: November 21, 2016

Richard L. Voorhees
United States District Judge